AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the   District of Nevada

|  |  |  |
|---|---|---|
| MICHAEL SCHAEFER | ) | |
| *Plaintiff/Petitioner* | ) | **2:16-cv-00004-JAD-VCF** |
| v. | ) | |
| BARBARA CEGAVSKY | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

RETIRED 2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ RETIRED _____ .

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 4 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

| | Yes | No |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☑ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☑ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Social Security benefits since 2000, currently $643.00  (Am age 77)
Rental from son for condo 103 at 3930 Swenson  $750.00 mo., 20 year investment
Housemate rental from sharing my twoBR home, 9509 Sundial Dr. $500.00 mo.
City of San Diego pension from 7 years employment: $408.00
Rental income from condo 102 at 3930 Swenson $750.00          Est. total:  $3,051

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 3,000.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Have single family home, bought for me by my sons, cost of $180,000, they financed it fully and am obligated to them for it.
Have two condos at 3930 Swenson St. #102 and #103 rented out for income of $750 mo. each.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Have $1,500, in expenses, half being utilities, cable, telephone, internet service, and $1,000 monthly payment on Visa card, (approximatelyl unpaid balance $2,629) and used for grocery, fuel, dining, cleaning, auto repair costs.  $800 mo. HOA fees for two condos,  $150 mo. RE taxes for two condos No. 102 and 103.  $1,250 mo.. payment to son Michael R. Schaefer who sold me No. 102, where my office is now(and $750.00 room renters)  Dues, fees, for Kiwanis Club, Catholic Church, Civic Events, $100.00 mo.                                   Est. total: $3,700

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

$12,000 to State Bar of California
$6,000 to State Bar of Nevada
$2700 to Chase Bank Visa Card
$300,000 to Internal Revenue Service
$7500.00 to Justice Court, Esmeralda County
$2500.00 to Keith Gregory, Esq.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 01/04/0016 _____

_____
Applicant's signature

MICHAEL SCHAEFER
Printed name

AO 240A  (Rev. 01/09)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| MICHAEL SCHAEFER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| BARBARA CEGAVSKY, , Secretary of State | ) | |
| *Defendant* | ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:**  The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

❑  Granted:

> The clerk is ordered to file the complaint and issue a summons.  The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

❑  Granted Conditionally:

> The clerk is ordered to file the complaint.  Upon receipt of the completed summons and _____ form for each defendant, the clerk will issue a summons.  If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed.  The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

❑  Denied:

> This application is denied for these reasons:

Date:  _____

_____
*Judge's signature*

_____
*Printed name and title*