UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Michael Schaefer, | 2:16-cv-0004-JAD-VCF |
|---|---|
| Plaintiff | **Order Granting Motion for Extension of Time to Respond to Pending Order (First Request)** |
| v. | |
| Barbara Cegavsky, Secretary of State, et al., | [ECF 5] |
| Defendants | |

Magistrate Judge Cam Ferenbach screened this lawsuit and recommends that pro se plaintiff Michael Schaefer's single equal-protection claim be dismissed for failure to state a plausible claim and with leave to amend.[1]  Objections to the magistrate judge's report and recommendation were due by January 28, 2016, and Schaefer timely moves to extend that deadline to February 28, 2016,[2] because he has a pre-planed trip that conflicts with the original deadline.[3]

I find that Schaefer has demonstrated good cause for the reasonable extension he requests. Accordingly, IT IS HEREBY ORDERED that Schaefer's motion for extension of time to respond to pending order (first request) **[ECF 5] is GRANTED.  Schaefer has until February 29, 2016, to file any objection to the report and recommendation [ECF 2].**

Dated this 2nd day of February, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1]  ECF 2.

[2]  February 28th falls on a Sunday, so the deadline would naturally be extended to February 29th under FRCP 6(a)(2)(C).

[3]  ECF 5.