MICHAEL SCHAEFER
9509 Sundial Dr.
Las Vegas, NV 89134
Tel. 702-466-5407
Plaintiff Pro Se

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 29 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEAL SCHAEFER,<br>Plaintiff<br>v.<br>BARBARA CEGAVSKE, etc, et al.,<br>Defendants | 2:16-cv-00004-JAD-VCF<br><br>NOTICE OF DISMISSAL OF<br>ONE OF SEVERAL DEFENDANTS |

COMES NOW Plaintiff Michael Schaefer, Pro Se, giving NOTICE of dismissal of defendant JOSEPH P. GLORIA, Registrar of Voters, from this proceeding.  Said defendant is but one of several county election officials involved in conduct of the election at issue and all of them are obligated to perform per instructions of defendant Barbara Cegavske, Secretary of State, as to ballot listing formats thus are not relevant to the action as independent defendants. **FRCP 40(a).**

Date: January 25, 2016

_____
MICHAEL SCHAEFER, Plaintiff Pro Se

ORDER:

IT IS SO ORDERED.

_____
Magistrate Judge

**MICHAEL SCHAEFER**
9509 SUNDIAL DR
LAS VEGAS, NV 89134

LAS VEGAS NV 890
26 FEB 2016 PM 4 L

Clerk
US District Court
333 S. Las Vegas Blvd.
Las Vegas NV. 89101