J. MICHAEL SCHAEFER
9509 Sundial Dr.
Las Vegas, NV 89134
Tel. 702 466-5407
Plaintiff Pro Se



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J. MICHAEL SCHAEFER,<br>    PLAINTIFF | No. 16-cv-0004 |
| V | |
| BARBARA CEGAVSKE, etc. et al.<br>    DEFENDANTS | REQUEST FOR DECISION |

---

COMES NOW Plaintiff, with pending decision on Objections filed by Magistrate Judge and Plaintiff's timely objections thereto, requesting an early decision as to procedural issues so the matter may be pursued without prejudice to the administration of elections if the case survives Magistrate's review.   Many courts give hearing priority as to election issues.

This case affects ballot format, name listing, for June 14, 2016 primary election, and ballots must be designed, and published, many weeks prior to said date.    If the objections are not timely resolved, the judicial system may not be able to render an effective decision due to financial prejudice to the publication of ballot consistent with state law.

Date: March 9, 2016              Respectfully submitted,

                                 J. Michael Schaefer, Plaintiff Pro Se

MICHAEL SCHAEFER
9509 SUNDIAL DR
LAS VEGAS, NV 89134

Clerk
USDC
333 S. LV Blvd
LV, NV. 89101

89101-706599