MICHAEL SCHAEFER
9509 Sundial Dr.
Las Vegas, NV 89134
Tel. 702 479 6006
Plaintiff Pro Se



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL SCHAEFER, Plaintiff
v.
BARBARA CEGAVSKY, etc., Defendant

Case No. 2:16-cv-4-JAD-VCF

SUPPLEMENT TO PRELIMINARY INJUNCTION REQUEST

    COMES NOW Defendant sharing with the Court an article published in the jurisdiction of Maryland within the past two weeks that is relevant as to common sense and the assertion that "first is best" thus "first is unfair, unequal, and illegal in something as sacred as chosing those who make our laws and lead our lives". The present system cheats all candidates in US House Nevada District 4 primary election, not named Arberry, and their supporters and subjects the entire election being thrown out.  I find that a violation of 'due process' in that the other 7 candidates are DEPRIVED of any opportunity to participate, by lot or other procedure, in who is at the head of the line with its obvious nondebatable advantages, and a violation of 'equal protection' in this Court permits this illegal practice to continue favoring Mr. or Ms "A" over all other citizens.

    Either this Court exercises the defensible leadership by knocking the ball out of the ballpark **in the next week**, consistent with her oath to uphold our US Constitution, or

MICHAEL SCHAEFER
9509 SUNDIAL DR
LAS VEGAS, NV 89134

891014706599

Clerk
USDC
333 S. LV Blvd,
LV, NV. 89101

FOREVER USA