

FILED _____     RECEIVED _____
_____ ENTERED     _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 0 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL SCHAEFER                    No. 2:16-cv-00004-JAD-VCF

     Plaintiff

v.

BARBARA CEGAVSKE, etc. et al.            **SPECIAL REQUEST**

     Defendant

---

AFFIDAVIT:

     J. Michael Schaefer declares under penalty of perjury as follows:

1.    He   is age 78.5 and this week suffering a headache, which by itself is irrelevant.

2.    However, in past 10 days his urologist, Stephen B. Kurtz, MD has found a 'cyst' on his kidney that is "interdeterminate", not known to be cancerous or benign, his 15 year Internest, Loring Jacobs, MD, has found a "tumor" which alarms him enough to send me quickly to Dr. Kurtz and then immediately to see him(9-20-16), and expanded blood glucose tests by Brian Berkowitz, MD, his endochronologist; this week was filed with C-Scans and MRI's.   Affiant has diabetes, elevated blood glucose and  cholestoral, and 2015 cataract surgery, both eyes.

3.    Affiant wonders if he is falling apart, if he will live to see the conclusion of this civil matter, he fears leaving his two sons unresolved litigation they could not afford to deal with.   He wishes to seek summary adjudication on legal issues.

4.  This is the attack on use of alphabet for listing ballot times,  a procedure that has been found a denial of Equal Protection by the California courts and the Legislature.   It has a substantial impact on who gets elected in all low-level governmental voting.

5.    The statute below is not federal law, but is in the 9th Circuit and plaintiff submits reflects common sense, sound public policy, and plaintiff urges its acceptance.


Executed September 18, 2016 at Las Vegas, NV.    _____

                                                                    J. MICHAEL SCHAEFER


Cal. Code of Civil Procedure sec. 36(a)

"A party to a civil action who is over 70 years of age may petition the court for a preference, which the court shall grant of the court makes both of the following findings:

(1)  The party has a substantial interest in the action as a whole;

(2)  The health of the party is such that a preference is necessary to prevent prejudicing the party's interest in the litigation.


CERTIFICATE OF SERVICE:

Undersigned certifies that on 9/18/16 he mailed, first class, copy of this pleading to: Lori M. Story, Sr. Deputy Attorney General, 100 N. Carson St., Carson City, NV 89701


_____

2



MICHAEL SCHAEFER
9509 SUNDIAL DR
LAS VEGAS, NV 8911?

Clerk, US DC
333 S. LV Blvd.
LV, NV - 89101