UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 12 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SCHAEFER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BARBARA CEGAVSKY, Secretary of State, State of Nevada, <br><br> Defendant - Appellee. | No. 17-15961 <br><br> D.C. No. 2:16-cv-00004-JAD-VCF <br> U.S. District Court for Nevada, Las Vegas <br><br> **MANDATE** |

The judgment of this Court, entered December 21, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7