UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SCHAEFER,<br><br>　　　　　　　Plaintiff-Appellant,<br>vs.<br><br>BARBARA CEGAVSKY,<br>  Secretary of State, State of Nevada,<br><br>　　　　　　　Defendant-Appellee. | District No.　2:16-cv-00004-JAD-VCF<br><br>U.S.C.A. No.　17-15961 |

ORDER ON MANDATE

　　　The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 12-21-2017 , issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this _____ day of _____,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge